```
                    UNITED STATES COURT OF APPEALS

                       FOR THE FOURTH CIRCUIT
                                                          FILED
                                                     October 24, 2007


                           No. 07-269
                         3:04-cr-00233-RJC


In Re: STACEY JOAN BOGAN

           Movant


                            ---------
                          O R D E R
                            ---------
```

Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

The Court denies the motion.

Entered at the direction of Judge Traxler with the concurrence of Judge Niemeyer and Judge Gregory.

```
                                   For the Court,

                                   /s/ Patricia S. Connor
                                   _____
                                         CLERK
```